# FINANCIAL DISCLOSURE REPORT

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| KERN, TERRY C. | Northern District of Oklahoma | Mar. 10, 1994 |
| 4. Title (Article III judges indicate active or senior status; Magistrate judges indicate full- or part-time) <br> Article III Nominee | 5. Report Type (check appropriate type) <br> X Nomination, Date 3/9/94 <br> ___ Initial ___ Annual ___ Final | 6. Reporting Period <br> Jan. 1, 1993 - <br> Mar. 1, 1994 |
| 7. Chambers or Office Address <br> Suite 330, Neustadt Plaza <br> 333 West Main <br> Ardmore, OK 73401 | 8. On the basis of the information contained in this Report, it is, in my opinion, in compliance with applicable laws and regulations ___ <br><br> Reviewing Officer Signature _____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 7-8 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions) | |
| Trustee | Memorial Hospital of Southern Oklahoma, Inc. |
| Trustee | Ardmore Development Authority |
| Director | Legal Institute of Pickens County I.T. |

## II. AGREEMENTS. (Reporting individual only; see p. 8-9 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| ☐ NONE (No reportable agreements) | |
| Pending | Stock buyout by remaining members of law firm (Mr. Mondy, Mr. Sperry and Mr. Daniels); $250,000 payable over 5 years. Mr. Kern will also receive his share of cash on hand, accounts receivable and work-in-process as collected. |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 9-12 of Instructions.)

| DATE (Honoraria only) | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| ☐ NONE (No reportable non-investment income) | | |
| 1992 | Kern and Associates P.C. - salary | $240,612.52 |
| 1993 | Kern, Mondy and Sperry P.C. - salary | $267,251.50 |
| | | $ |
| | | $ |
| | | $ |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>Rexn, Terry C. | Date of Report<br>Mar. 10, 1994 |
|---|---|---|

## IV. REIMBURSEMENTS and GIFTS – transportation, lodging, food, entertainment.
(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements and gifts received by spouse and dependent children, respectively. See pp.13-15 of Instructions.)

| SOURCE | DESCRIPTION |
|---|---|
| ☐ NONE (No such reportable reimbursements or gifts) | |
| Exempt | |
| | |
| | |
| | |
| | |
| | |

## V. OTHER GIFTS. (Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate other gifts received by spouse and dependent children, respectively. See pp.15-16 of Instructions.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| ☐ NONE (No such reportable gifts) | | |
| Exempt | | $ |
| | | $ |
| | | $ |
| | | $ |

## VI. LIABILITIES. (Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp.16-18 of Instructions.)

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| ☐ NONE (No reportable liabilities) | | |
| Exchange Nat'l Bank and Trust (S) | Mortgage 100 E St., Ardmore, OK | J |
| Citizens Bank of Ardmore (S) | Mortgage 3rd & B St., Ardmore, OK | L |
| | | |
| | | |
| | | |
| | | |

* VALUE CODE: J = $15,000 or less   K = $15,001 to $50,000   L = $50,001 to $100,000   M = $100,001 to $250,000   N = $250,001 to $500,000   O = $500,001 to $1,000,000   P = More than $1,000,000

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | Kern, Terry C. | Mar. 10, 1994 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions. (Includes those of spouse and dependent children; see pp. 18-27 of Instructions.)

| A. Description of Assets (including trust assets) Indicate, where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting, individual and spouse, "(S)" or "(DC)" for separate ownership by spouse, for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | If not exempt from disclosure | | | |
| | (1) Amt. Code (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | | |
| 1 Paine Webber IRA | B | div. | L | T | | | | | | |
| 2 Paine Webber IRA (S) | A | div. | J | T | | | | | | |
| 3 Paine Webber (J) | B | div. | M | T | | | | | | |
| 4 Gruntal and Co., Inc. | A | div. | K | T | | | | | | |
| 5 Chas. Schwab (DC) | A | div. | J | T | | | | | | |
| 6 Invesco Funds (J) | A | div. | J | T | | | | | | |
| 7 CGM Funds (J) | A | div. | J | T | | | | | | |
| 8 Kern, Mordy & Sperry P.C. | D | div/int | O | U | | | | | | |
| 9 100 E St., Ardmore, OK | B | rent | L | R | | | | | | |
| 10 3rd & B St., Ardmore, OK | B | rent | M | Q | | | | | | |
| 11 Oil and gas interests | C | int. | K | W | | | | | | |
| 12 | | | | | | | | | | |
| 13 | | | | | | | | | | |
| 14 | | | | | | | | | | |
| 15 | | | | | | | | | | |
| 16 | | | | | | | | | | |
| 17 | | | | | | | | | | |
| 18 | | | | | | | | | | |
| 19 | | | | | | | | | | |
| 20 | | | | | | | | | | |

| 1 Income/Gain Codes: (See Col. B1 & D4) | A=$1,000 or less B=$15,001 to $50,000 | B=$1,001 to $2,500 F=$50,001 to $100,000 | C=$2,501 to 5,000 G=$100,001 to $1,000,000 | D=$5,001 to $15,000 H=More than $1,000,000 |
|---|---|---|---|---|
| 2 Value Codes: (See Col. C1 & D3) | J=$15,000 or less N=$250,001 to $500,000 | K=$15,001 to $50,000 O=$500,001 to $1,000,000 | L=$50,001 to $100,000 P=More than $1,000,000 | M=$100,001 to $250,000 |
| 3 Value Method Codes: (See Col. C2) | Q=Appraisal U=Book Value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market |

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | Kern, Terry C. | Mar. 10, 1994 |

## VIII.  ADDITIONAL INFORMATION or EXPLANATIONS.  (Indicate part of Report.)

I.  President, Kern and Associates P.C.

President, Kern, Mordy & Sperry P.C.

Partner, C.C.M.&K. Building Co.

Partner, Arbuckle Apartments

VII.  (9)  Cost, May 1, 1980  $309,452

VII. (10)  Appraisal, October 28, 1993

## IX.  CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C.A. app. 7, § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _Terry C. Kern_   Date _Mar. 10, 1994_

NOTE:  ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C.A. APP. 6, § 104, AND 18 U.S.C. § 1001.)

FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:   Judicial Ethics Committee
Administrative Office of the
United States Courts
Washington, DC  20544

Digitized by Google

**FINANCIAL STATEMENT**

**NET WORTH**

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | 50 | 885 | 00 | Notes payable to banks—secured | | | |
| U.S. Government securities—add schedule | | | | Notes payable to banks—unsecured | | | |
| Listed securities—add schedule #1 | 329 | 265 | 00 | Notes payable to relatives | | | |
| Unlisted securities—add schedule | | | | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Amounts and bills due | | | |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from Kern, Mophy & Sperry, P.C. Inc | 126 | 984 | 00 | Other unpaid tax and interest | | | |
| Doubtful | | | | Real estate mortgage payable—add schedule #2 | 79 | 136 | 00 |
| Real estate owned—add schedule #2 | 217 | 079 | 00 | Chattel mortgage and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts—itemize: | | | |
| Autos and other personal property | 40 | 000 | 00 | | | | |
| Cash value—life insurance | 33 | 201 | 00 | | | | |
| Other assets—itemize: | | | | | | | |
| Furn., Fixtures & Equip | 60 | 000 | 00 | | | | |
| Oil Interests | 15 | 000 | 00 | | | | |
| Work-In-Process Kern, Mophy & Sperry, P.C. Inc | 165 | 872 | 00 | Total liabilities | 79 | 136 | 00 |
| | | | | Net Worth | 959 | 150 | 00 |
| Total Assets | 1,038 | 286 | 00 | Total liabilities and net worth | 1,038 | 286 | 00 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | 0 | 00 | Are any assets pledged? (Add schedule.) | | NO | |
| On leases or contracts | | 0 | 00 | Are you defendant in any suits or legal actions? | | NO | |
| Legal Claims | | 0 | 00 | Have you ever taken bankruptcy? | | NO | |
| Provision for Federal Income Tax (pd 1993 to IRS) | 65 | 590 | 00 | | | | |
| Other special debt | | 0 | 00 | | | | |

Digitized by Google

LISTED SECURITIES

` SCHEDULE #1
-------------------

March 1, 1994

| Name of Corporation | Current Market Value |
|---------------------|----------------------|
| Paine Webber, Inc. (Bonds, Notes, Money Fund, Equities - TCK & CHK) | $ 112,871.89 |
| Paine Webber, Inc. (IRA Rollover - TCK) | $ 70,426.78 |
| Paine Webber, Inc. (Rotan Mosle Division) (Kern, Mordy and Sperry, P.C.) | $ 56,961.05 |
| Paine Webber, Inc. (IRA - CHK) | $ 1,006.21 |
| Gruntal & Co., Inc (Dividends, Interest- TCK) | $ 46,114.00 |
| CGM Mutual Fund (Reinvestment - TCK & CHK) | $ 3,284.09 |
| Charles Schwab & Co., Inc. (Money Fund) (Kern, Mordy and Sperry, P.C.) | $ 32,375.00 |
| Charles Schwab & Co., Inc. (Money Fund - LK) | $ 5,011.00 |
| Invesco Funds Group, Inc. (ISP-Gold - TCK & CHK) | $ 1,215.09 |

-------------------------------------------------------------------

Digitized by Google

# 832

REAL ESTATE

SCHEDULE #2
------------

March 1, 1994

| Description | Date Purchased | TCK % Value | TCK % Mortgages | Nature of Improvements |
|-------------|----------------|-------------|-----------------|------------------------|
| Arbuckle Apts.<br>3rd & "B" N.W.<br>Ardmore, OK (TCK-50%) | 1985 | $149,000 | $ 70,699.05 | Investment |
| Office Bldg<br>"E" Street, S.W.<br>Ardmore, OK (TCK-22%) | 1979 | $ 68,079 | $  8,436.48 | Investment |

-------------------------------------------------------------------

Digitized by Google